IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GARY J. SINDELAR, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-05-394-C |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for final review of the Commissioner's denial of Plaintiff's application for disability insurance and supplement security income benefits was referred for initial proceedings to United States Magistrate Judge Gary M. Purcell consistent with 28 U.S.C. § 636(b)(1)(B).  Judge Purcell entered his Report and Recommendation on November 15, 2005, recommending that the decision of the Commissioner be affirmed.  Plaintiff has timely filed an objection, and the Court therefore considers the matter de novo.

The relevant facts and prevailing law are clearly and accurately set out in the Report and Recommendation of Judge Purcell and need not be repeated here.  Plaintiff's general objection simply restates the issues originally briefed.  The Court finds no argument of fact or law that would require or permit a decision contrary to that recommended by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons stated therein, the decision of the Commissioner is affirmed.

IT IS SO ORDERED this 19th day of December, 2005.

ROBIN J. CAUTHRON
United States District Judge